IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ANGELA UMAR, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 1:21-cv-5857

**JOSEPH P. DIPINO**     **DEFENDANT**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Angela Umar and Defendant Joseph P. DiPino, having reached a mutually satisfactory resolution of all issues between them that were the subject of this action, jointly request and stipulate to entry of an Order to Dismiss Case as follows:

1. The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

2. The parties agree that this case is dismissed with prejudice.

3. Each party shall bear its own attorney's fees and costs, except as agreed between the parties.

Respectfully submitted,

**PLAINTIFF ANGELA UMAR**

SANFORD LAW FIRM, PLLC
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 1 of 2
Angela Umar, et al. v. Joseph P. DiPino
U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-5857
Joint Stipulation of Dismissal with Prejudice

       **and**    **DEFENDANT JOSEPH P. DIPINO**

MALKINSON & HALPERN, P.C.
33 North Dearborn Street, Suite 1540
Chicago, Illinois 60602
Telephone: (312) 427-9600

*/s/ Seth R. Halpern*
Seth R. Halpern
Ill. Bar No. 6198939
shalpern@mhtriallaw.com

Meredith W. Buckley
Ill. Bar No. 6299202
mbuckley@mhtriallaw.com

## CERTIFICATE OF SERVICE

    I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing STIPULATION was electronically filed with the Clerk for the U.S. District Court, Northern District of Illinois, on January 26, 2022, using the electronic case filing system of the Court. The attorneys listed below are registered to receive an electronic copy hereof.

Seth R. Halpern, Esq.
Meredith W. Buckley, Esq.
MALKINSON & HALPERN, P.C.
33 North Dearborn Street, Suite 1540
Chicago, Illinois 60602
Telephone: (312) 427-9600
shalpern@mhtriallaw.com
mbuckley@mhtriallaw.com

*/s/ Josh Sanford*
**Josh Sanford**

Page 2 of 2
Angela Umar, et al. v. Joseph P. DiPino
U.S.D.C. (N.D. Ill.) Case No. 1:21-cv-5857
Joint Stipulation of Dismissal with Prejudice