**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Angela Umar
                    Plaintiff,

v.                                              Case No.: 1:21−cv−05857
                                                Honorable Martha M. Pacold

Joseph P. DiPino
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 27, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: Pursuant to the Joint Stipulation of Dismissal [13] filed by the parties on 1/26/2022, this case is hereby dismissed with prejudice and each party shall bear its own attorney's fees and costs, except as agreed between the parties. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.